U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 16 PM 4: 13

CLERK
BY    law
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

HEIDI F. PEREZ ALFARO, )
        Petitioner, )
                 )    Case No: 2:25-cv-00584
v. )

THERESA MESSIER, SUPERINTENDENT, )
CHITTENDEN REGIONAL CORRECTIONAL )
FACILITY – SOUTH BURLINGTON; )
DONALD J. TRUMP, IN HIS OFFICIAL )
CAPACITY AS PRESIDENT OF THE UNITED )
STATES; PATRICIA HYDE, IN HER OFFICIAL )
CAPACITY AS ACTING BOSTON FIELD )
OFFICE DIRECTOR, IMMIGRATION AND )
CUSTOMS ENFORCEMENT, ENFORCEMENT )
AND REMOVAL OPERATIONS; VERMONT )
SUB-OFFICE DIRECTOR OF IMMIGRATION )
AND CUSTOMS ENFORCEMENT, )
ENFORCEMENT AND REMOVAL )
OPERATIONS; TODD M. LYONS, IN HIS )
OFFICIAL CAPACITY AS ACTING DIRECTOR, )
U.S. IMMIGRATION AND CUSTOMS )
ENFORCEMENT; PETE R. FLORES, IN HIS )
OFFICIAL CAPACITY AS ACTING )
COMMISSIONER FOR U.S. CUSTOMS AND )
BORDER PROTECTIONS; KRISTI NOEM, IN )
HER OFFICIAL CAPACITY AS SECRETARY )
OF THE UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY; MARCO RUBIO, IN )
HIS OFFICIAL CAPACITY AS SECRETARY OF )
STATE; AND PAMELA BONDI, IN HER )
OFFICIAL CAPACITY AS U.S. ATTORNEY )
GENERAL, )
        Respondents. )

**ORDER TO SHOW CAUSE**

On June 16, 2025, Petitioner Heidi F. Perez Alfaro filed a petition for writ of habeas corpus and complaint for declaratory and injunctive relief with respect to her

present detention at Chittenden Regional Correctional Facility in South Burlington, Vermont, following a stop of a vehicle in which she was a passenger on June 14, 2025. Petitioner contends that on June 14, 2025, she and her stepfather, Jose Ignacio De La Cruz De La Rosa, were driving on VT Route 104 in Richford, Vermont "to deliver food to several dairy farms in the area" when the vehicle "was pulled over by [U.S. Customs and Border Patrol ("CBP")] uniformed agents in marked Border Patrol vehicles." (Doc. 1 at 8.) She alleges she and Mr. De La Cruz De La Rosa "exercised their rights to remain silent and called [the] Migrant Justice emergency hotline." *Id.* The agents purportedly broke Mr. De La Cruz De La Rosa's driver's side window, opened the car door, and detained Petitioner and Mr. De La Cruz De La Rosa. Petitioner asserts that she was "unlawfully arrested without a warrant" by CBP. *Id.* at 2.

Petitioner asserts that she is a citizen of Mexico. In her petition, she states that she "has lived in Vermont and attended school in Vermont since February of 2023." (Doc. 1 at 5.) She contends that she has acted as an advocate on behalf of Migrant Justice, an organization she claims is dedicated to bettering the lives and working conditions for migrant workers on dairy farms in Vermont. She claims she is being unlawfully detained as the result of an illegal traffic stop and arrest in an effort to punish her for exercising her First Amendment rights.

Pursuant to 28 U.S.C. 2243, a court "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Respondents are hereby ORDERED TO SHOW CAUSE on or before June 23, 2025, why a writ of habeas corpus should not be granted. Petitioner may file a reply on or before June 27, 2025. The court shall schedule a hearing promptly thereafter.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 16th day of June, 2025.

_____
Christina Reiss, Chief Judge
United States District Court

3