U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUL -8 AM 11:58

CLERK

BY  /hw/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

HEIDI PEREZ ALFARO                              )
                                                )
           Petitioner,                          )
                                                )
    v.                                          )   Case No. 2:25-cv-00584-cr
                                                )
THERESA MESSIER, Superintendent,                )
Chittenden Regional Correctional                )
Facility – South Burlington;                    )
DONALD J. TRUMP, in his official capacity as    )
President of the United States;                 )
PATRICIA HYDE, in her official capacity         )
as Acting Boston Field Office Director,         )
Immigration and Customs Enforcement,            )
Enforcement and Removal Operations;             )
DAVID W. JOHNSTON, in his official              )
capacity as Vermont Sub-Office Director         )
of Immigration and Customs Enforcement,         )
Enforcement and Removal Operations;             )
TODD M. LYONS, in his official capacity as      )
Acting Director, U.S. Immigration and           )
Customs Enforcement; PETE R. FLORES,            )
in his official capacity as Acting Commissioner )
for U.S. Customs and Border Protections;        )
KRISTI NOEM, in her official capacity as        )
Secretary of the United States Department      )
of Homeland Security; MARCO RUBIO, in his       )
official capacity as Secretary of State; and    )
PAMELA BONDI, in her official capacity as       )
U.S. Attorney General,                          )
                                                )
           Respondents.                         )

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), which authorizes the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions

and agreeable to the usages and principles of law[,]" it is ORDERED that the Petitioner, Heidi Perez Alfaro, shall not be removed from the District of Vermont pending further order of this court. When the court has not issued such an order, the Petitioner has been transferred from the District of Vermont with the risk of irreparable harm because Petitioner must attend hearings remotely without the ability to consult effectively with counsel during the hearing. *See* Fed. R. Civ. P. 65(b)(1).

This order shall be extended until July 31, 2025, in light of Petitioner's pending habeas petition and the briefing schedule the court adopted at a July 7, 2025 hearing.

DATED at Burlington, in the District of Vermont, this 8th day of July, 2025, at 5:30 pm.

Christina Reiss, Chief Judge
United States District Court